1  **TYCKO & ZAVAREEI, LLP**
   Annick M. Persinger
2  apersinger@tzlegal.com
   1970 Broadway, Suite 1070
3  Oakland CA, 94612
   Telephone: (510) 254-6807
4  Facsimile: (202) 973-0950

5  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SUSIE REXROAD, et al., | CASE NO. 19-cv-01461-SI |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ALL DEADLINES PENDING RESOLUTION OF MOTION FOR PRELIMINARY APPROVAL** |
| v. | |
| HYUNDAI MOTORS CORPORATION, et al., | The Hon. Susan Ilston |
| Defendants. | Trial Date:    None Set |

Pursuant to Local Rule 7-12, plaintiffs Susie Rexroad, Deonte Witcher, Eduardo Silver, Claudia Galindo, Guan Perry, Melissa Gurtler, and Julie Esqueda (collectively, "plaintiffs") and defendants Hyundai Motor America, Inc. ("HMA"), Hyundai Motor Company ("HMC"), Kia Motors America, Inc. ("KMA"), and Kia Motors Corporation ("KMC," collectively "defendants"), through their respective attorneys, hereby stipulate and declare as follows:

WHEREAS, the parties in two other actions, *In re: Hyundai and Kia GDI Engine Litigation*, Case No. 8:17-cv-00838-JLS-JDE (C.D. Cal.), and *Flaherty et al. v. Hyundai Motor Company et al.*, Case No. 8:18-cv-02223-JLS-JDE (C.D. Cal. 37), expect a class settlement to be executed by no later than October 10, 2019;

WHEREAS, the parties in the cases above anticipate filing a motion for preliminary approval within the next seven days, which may affect the pendency of this litigation by mooting certain claims of the plaintiffs;

WHEREAS, Plaintiffs currently have until October 10, 2019 to respond to Defendants' Motion to Dismiss (Dkt. 23), which is set for hearing on November 9, 2019;

WHEREAS, the parties request that the Court stay all pending deadlines in this action—including Plaintiffs' deadline to respond to the Motion to Dismiss, Defendants' reply to the response to the Motion to Dismiss, and the hearing on Motion to Dismiss —pending the decision on preliminary approval in the settled action;[1]

WHEREAS, upon resolution of the preliminary approval of the settlement, the parties will provide a status update to the Court, and respond to the Motion to Dismiss within 30 days of entry of the order on preliminary approval;

WHEREAS, the parties have previously received the following time extensions:

- A 60-day extension of HMA's and KMA's deadline to respond to the Complaint (Dkt. 18);

---

[1] "The court's discretionary power to issue a stay is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Johnson v. Starbucks Corp.*, No. 16-CV-00724-DMR, 2018 WL 3159689, at *1 (N.D. Cal. June 28, 2018) (internal quotation marks and citations omitted).

- A 63-day continuance of the Initial Case Management Conference (Dkt. 18);
- A stipulation for the stay of deadlines pending resolution of a motion to transfer (Dkt. 22);

NOW THEREFORE, Plaintiffs and Defendants hereby agree and stipulate as follows:

1. All pending deadlines in this action—including Plaintiffs' deadline to respond to the Motion to Dismiss, Defendants' reply to the response to the Motion to Dismiss, and the hearing on Motion to Dismiss —are stayed pending the decision on the preliminary approval motion; and

2. Upon resolution of preliminary approval of the settlement, the parties will provide a status update to the Court, and Plaintiffs will respond to the Motion to Dismiss within 30 days of entry of the order on preliminary approval.

DATED: October 9, 2019          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    /s/ *Shon Morgan*
     Shon Morgan
     *Attorneys for Defendants*

DATED: October 9, 2019          TYCKO & ZAVAREEI LLP

By    /s/ *Annick Persinger*
     Annick Persinger
     *Attorneys for Plaintiffs*

2
JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ALL DEADLINES PENDING RESOLUTION OF MOTION FOR PRELIMINARY APPROVAL
Case No. 19-cv-01461-SI

**ECF ATTESTATION**

I, Annick Persinger, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(i)(3).

                                          /s/ *Annick Persinger*
                                          Annick Persinger

3

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ALL DEADLINES PENDING RESOLUTION OF MOTION FOR PRELIMINARY APPROVAL
Case No. 19-cv-01461-SI

**[PROPOSED] ORDER**

Case Management Conference rescheduled for December, 20, 2019 at 2:30p.m.
PURSUANT TO STIPULATION, IT IS SO ORDERED

Date:  10/10/2019

_____
Hon. Susan Ilston
United States District Judge